```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

| | |
|---|---|
| ELIA L. PIXIE,                   * | |
|     Plaintiff                  * | |
| vs.                              * | |
| MICHAEL J. ASTRUE, Commissioner  * | CASE NO. 4:08-CV-04 (CDL) |
| of Social Security,              | |
|                                  * | |
|     Defendant                  * | |

<u>O R D E R</u>

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 12, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 20th day of October, 2008.

                                                S/Clay D. Land
                                                   CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE